IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE HOOPER,

      Appellant,

v.

                                     Case No.  5D21-2814
                                     LT Case No. 2011-CF-1491-D

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 31, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Kyle Hooper, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


HARRIS, NARDELLA and WOZNIAK, JJ., concur.